IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE ANDREWS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-275 (MTT) |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle regarding the Commissioner of Social Security's denial of the Plaintiff's claim for a period of disability insurance benefits under the Social Security Act. (Doc. 13). The Magistrate Judge recommends the Commissioner's decision be reversed and remanded for further proceedings because the Administrative Law Judge erred by (1) improperly discounting the Plaintiff's treating physician's medical opinions, and (2) improperly assessing the Plaintiff's credibility regarding his limitations.

The Defendant did not object to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Commissioner's decision is **REVERSED and REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative action.

**SO ORDERED**, this 5th day of September, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT